IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Timothy Simmons,

        Plaintiff,

       v.                                 No.    1:16 cv 10879

Northeast Illinois Regional
Commuter Railroad Corporation
d/b/a Metra, a corporation,

        Defendant.


Plaintiff's Motion for Voluntary Dismissal
Pursuant to FRCP Rule 41 (a)(1)(A)(i)

The plaintiff, Timothy Simmons, moves this Honorable Court for leave to dismiss this cause of action without prejudice and without costs.

                                            s/s F. Daniel Petro
                                              F. Daniel Petro


PETRO LAW FIRM
1 N. LaSalle Street
Suite 3150
Chicago, Ill. 60602
312-332-9596
Dpetro3259@aol.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies the foregoing Motion for voluntary dismissal pursuant to 41(a)(1)(A)(i) was electronically filed using the CM/ECF system and was served via electronic filing and by depositing same in the United State mail at 1 N. LaSalle Street, Chicago, Illinois 60602 with proper postage prepaid upon:

Dustin Fisher Esq.
Jay S. Judge Esq.
Stephen J. Judge
Judge James Hoban & Fisher LLC
422 North Northwest Highway
Suite 200
Park Ridge, IL  60068
dfisher@judgeltd.com

on January 31, 2017.


Respectfully submitted,



s/s  F. Daniel Petro _____
F. Daniel Petro
Bar#:  6192108
Petro law Firm
1 N. LaSalle Street
Suite 3150
Chicago, IL  60602
(312) 332-9596
Dpetro3259@aol.com