# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Timothy J Simmons

Plaintiff,

v.

Case No.: 1:16–cv–10879

Honorable Charles R. Norgle Sr.

Northeast Illinois Regional Commuter Railroad Corporation

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 16, 2017:

     MINUTE entry before the Honorable Charles R. Norgle: Plaintiff's Motion for Voluntary Dismissal [18],[19] is granted. Case dismissed without prejudice and without costs. Civil case terminated. The parties are not required to appear before the court on Friday, March 17, 2017. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.